UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------- x

JOSEPH ORTIZ, ON BEHALF OF HIMSELF AND
ALL OTHER PERSONS SIMILARLY SITUATED,

           Plaintiffs,

           v.

ROCKHURST UNIVERSITY,

           Defendant.

------------------------------------- x

No.: 1:23-cv-1213

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), JOSEPH ORTIZ, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, ROCKHURST UNIVERSITY, with prejudice and without fees and costs.

Dated: New York, New York
         June 7, 2024

                                        **GOTTLIEB & ASSOCIATES PLLC**

                                        */s/Michael A. LaBollita, Esq.*

                                        Michael A. LaBollita, Esq., (ML-9985)
                                        150 East 18th Street, Suite PHR
                                        New York, NY 10003
                                        Phone: (212) 228-9795
                                        Fax: (212) 982-6284
                                        Michael@Gottlieb.legal

                                        *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge